AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

JIMMY S. CICCONE,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:06-cv-00186-LRH-RAM**

ELIZABETH NEIGHBORS,

    Defendant.

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that on account of Plaintiff's failure to comply with the orders of the Court, and his failure to prosecute this action, the Court orders this action DISMISSED.

   February 20, 2008                    **LANCE S. WILSON**
                                                                   Clerk

                                                              /s/ Kalani Lizares
                                                                Deputy Clerk